FLORENCE C. PALMER, as Administratrix of the Estate of ERNEST F. PALMER, Deceased, Appellant, *v.* COUNTY OF NASSAU, Defendant; TOWN OF NORTH HEMPSTEAD, Respondent, and LONG ISLAND LIGHTING COMPANY, Respondent and Third-Party Plaintiff-Appellant. SWITZER CONTRACTING Co., INC., Third-Party Defendant-Respondent.

Submitted October 17, 1955; decided October 20, 1955.

Motion to have appeal of third-party plaintiff-appellant Long Island Lighting Company heard upon the record on appeal herein now on file in this office granted upon condition that it serve a copy of the record on appeal as now filed and also printed briefs, insofar as the appeal is between the third parties, upon the defendant-respondent Town of North Hempstead and the third-party defendant-respondent Switzer Contracting Co., Inc.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN CANNIZZARO, Appellant.

Submitted October 17, 1955; decided October 20, 1955.

Motion for enlargement of time granted and case set down for argument during the November, 1955, session of the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN FORMATO, JAMES MORELLO, PASQUALE LEPORE and HUGO TORRE, Respondents.

Submitted October 17, 1955; decided October 20, 1955.

Motion for enlargement of time granted and case set down for argument during the last week of the November, 1955, session of the Court of Appeals.